AMELIA DI DOMENICO, as Administratrix of the Estate of SALVATORE DI DOMENICO, Deceased, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Di Domenico* v. *N. Y. C. & H. R. R. R. Co.*, 140 App. Div. 942, appeal withdrawn.
(Argued March 18, 1912; decided March 19, 1912.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1910, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the appeal had been inadvertently taken.

*Edgar T. Brackett* for motion.

*William L. Visscher* opposed.

Motion granted upon payment of costs that have accrued to date of appeal and ten dollars costs of motion within twenty days; on failure to make such payment appeal dismissed, with costs and ten dollars costs of motion.